IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WATSON,<br>　　　　Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1333<br>) |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br>　　　　Respondents. | )<br>)<br>)<br>) |

### O R D E R

AND NOW, this 21st day of December 2006, after a petition for a writ of habeas corpus was filed by the petitioner, William Watson, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of William Watson for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied for lack of a viable federal constitutional issue.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge

cc: William Watson
    DB-3614
    SCI Laurel Highlands
    5706 Glades Pike
    Somerset, PA 15501-0631

    Counsel of Record

    Honorable Robert C. Mitchell
    United States Magistrate Judge